IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                              12-cv-224-bbc

WALGREENS CO. and
LUPIN PHARMACEUTICAL,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

    *Peter Oppeneer*                     5/9/12
    Peter Oppeneer, Clerk of Court         Date