IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

    Plaintiff,

v.

WALGREENS CO. and
LUPIN PHARMACEUTICAL,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-224-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_____    5/9/12
Peter Oppeneer, Clerk of Court                  Date